# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:11cv68

| | | |
|---|---|---|
| SYNOVUS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JUDSON MAURER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

In their Answer to Plaintiff's Complaint, Defendants asserted Counterclaims and a Third Party Complaint. Plaintiff then moved to strike the Answer and Third Party Complaint [# 10] and moved to dismiss the Counterclaims [# 12]. Within twenty-one days of the filing of the Motion to Dismiss, Defendants filed an Amended Answer, which they were allowed to do as a matter of course. See Fed. R. Civ. P. 15(a). The Amended Answer, however, supercedes the original Answer, Counterclaims, and Third Party Complaint. Accordingly, the Court **DENIES as moot** the Motion to Dismiss Counterclaims [# 12] and Motion to Strike Answer to Complaint [# 10].

Signed: August 2, 2011

Dennis L. Howell
United States Magistrate Judge