IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11-cv-68

| | |
|---|---|
| SYNOVUS BANK, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JUDSON MAURER, | ) |
| Defendant, | ) |
| vs. | ) |
| SYNOVUS FINANCIAL CORP. d/b/a NATIONAL BANK OF SOUTH CAROLINA, et al, | ) |
| Third-Party Defendants. | ) |

## AMENDED
## PRETRIAL ORDER
## AND CASE MANAGEMENT PLAN

Of the Court's own motion, the Court amends the previously entered Pretrial Order and Case Management Plan (#70) to provide that the trial in this matter shall be held on the 1st session on or after September 9, 2013.

The Deadlines at a Glance are amended as follows:

## DEADLINES AT A GLANCE

| | |
|---|---|
| **Rule 26 Disclosures:** | October 11, 2012 |
| **Selection of Mediator:** | September 25, 2012 |
| **Discovery Completion:** | April 1, 2013 |
| **Expert Reports:** | December 1, 2012 (plaintiff) |
| | January 1, 2013 (defendant & third-party defendants) |
| **Mediation:** | April 15, 2013 |
| **Motions:** | May 1, 2013 |
| **Trial:** | 1st session on or after September 9, 2013 |

and the provisions of the previous Pretrial Order and Case Management Plan (#70) are further amended to provide:

VI.

A. TRIAL DATE: Trial is scheduled to commence **WITH a jury** during the first civil trial term beginning on or after **SEPTEMBER 9, 2013.** The Court will endeavor to set the date of the term of court in which this case will tried at least eight months in advance. The term "Trial Date" has been used throughout this Order to refer to the first day of the term in which this case is ultimately set for trial, that also being the date on which jury selection is scheduled to begin for this case.

Signed: October 16, 2012

Dennis L. Howell
United States Magistrate Judge

